# Notice of Filing Exhibit 2 Under Seal