# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **STEVEN ANGELINI** | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:17-cv-02354-ELH |
| **BALTIMORE POLICE DEPARTMENT** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S OPPOSITION TO THE DEFENDANT'S MOTION
## FOR SUMMARY JUDGMENT

Plaintiff Steven Angelini, through counsel, respectfully request this Honorable Court Deny Defendant Baltimore Police Department's (BPD) Motion for Summary Judgment. First, BPD's claim that Plaintiff is judicially estopped from bringing the instant case is a red herring and should be denied. Second, Plaintiff easily demonstrates that he engaged in a protected activity and he was systematically victimized and traumatized for years by the BPD without any legitimate purpose. Plaintiff's claims generate a prima facia case of a retaliatory hostile work environment. Finally, Plaintiff submits on Count II, however, firmly believes that evidence of Count II is admissible at trial to demonstrate the length and breadth to which BPD is willing to go to cover the tracks of its own wrongdoing. For these reasons and for further reasons set forth in the accompanying Memorandum of Law attached hereto and incorporated by reference, BPD's Motion for Summary Judgment should be DENIED.

Respectfully Submitted,

_____/s/_____    _____/s/_____
Michael E. Glass, Fed. Bar. No. 11805    Kurt E. Nachtman, Fed. Bar. No. 29838
The Michael Glass Law Firm    Eldridge, Nachtman, & Crandell, LLC
201 N. Charles Street, Suite 1900    217 N. Charles Street, 3rd Floor
Baltimore, MD 21201    Baltimore, MD 21201
     kurt@enlawyers.com
     *Counsel for Plaintiff*

# **CERTIFICATE OF COMPLIANCE**

      I hereby certify that on this 6th day of January 2020, that the foregoing Motion, Memorandum of Law and Exhibits, and Proposed Order were electronically filed in according to the Electronic Filing Requirements and Procedures as established by the US District Court for the District of Maryland.



_____/s/_____
Kurt E. Nachtman, Fed. Bar. No. 29838