Police Department
Baltimore, Maryland

## Request for Transfer
### Form 10 / 70

*Please Type or Print Legibly*

| Field | Value |
|---|---|
| Date | OCT 3, 2012 |
| Name | Steven Angelini |
| Rank / Title | Police officer |
| Current Assignment | S.E.D |
| Sequence Number | H935 |
| Locator Number | 035 |
| D.O.B. | [redacted] |
| E.O.D. | 4 MAY 06 |
| Assignment Requested | NED |
| Posted Position? | No |

**Reason for Request** (Attach additional sheets if necessary)

I Request to be transferred to N.E.D while a investigation is being conducted for a comment made towards me.

Member's Signature: [signature]

Supervisor's Recommendation | Rank, Signature, and Position | Date

Commanding Officer's Recommendation (Assignment of Origin)
Commanding Officer's Recommendation (Assignment Requested)
Signature | Date | Signature | Date

| Reviewed By | Recommendation | Initials | Date |
|---|---|---|---|
| Bureau Commanding Officer (Assignment of Origin) | | | |
| Bureau Commanding Officer (Assignment Requested) | | | |
| Chief, Human Resources Bureau | | | |

Your Transfer Request has been:
- [ ] Approved
- [ ] Disapproved
- [ ] Other

Remarks

Requesting Member's Commanding Officer Notified by: | Date | Commanding Officer, Personnel Section | Date

COPIES: 1 - Personnel Section   2 - Assignment of Origin   3 - Assignment Requested   4 - Member

1160-25-32

**PLAINTIFF EXHIBIT 2**

4

# Police Department
# Baltimore, Maryland

**Request for Transfer**
**Form 70**

*Please Type or Print Legibly*

Date: 2/18/13

| Field | Value |
|---|---|
| Name | Steven Angelini |
| Rank/Title | P/O |
| Current Assignment | SED |
| Sequence No. | H935 |
| Locator No. | 035 |
| D.O.B. | [redacted] |
| E.O.D. | 4 MAY 06 |
| Assignment Requested | Southern District |
| Posted Position? | ☐ Yes  ☒ No |

**Reason For Request** (Attach additional paper if necessary)

Hostile work enviroment And fear of Retaliation

Member's Signature: SA

| Supervisor's Recommendation | Rank, Signature and Position | Date |
|---|---|---|
| | | |

| Commanding Officer's Recommendation (Assignment of Origin) | Commanding Officer's Recommendation (Assignment Requested) |
|---|---|
| Signature / Date | Signature / Date |

| Reviewed By | Recommendation | Initials | Date |
|---|---|---|---|
| Bureau Chief (Assignment Origin) | | | |
| Bureau Chief (Assign. Requested) | | | |
| Chief, Human Resources Bureau | | | |

**Your Transfer Request has been:**

☐ Approved
☐ Disapproved
☐ Other ⟶

Remarks:

Requesting Member's Commanding Officer Notified by: _____ (Date) _____ Director, Personnel Division _____ (Date)

COPIES:  1-Personnel   2-Assignment Origin   3-Assignment Requested

**PLAINTIFF EXHIBIT 2**

# Police Department
# Baltimore, Maryland

**Request for Transfer**
**Form 70**

Please Type or Print Legibly

Date: 2/18/13

| Name | Rank/Title | | Current Assignment |
|------|------------|---|---------------------|
| Steven Angelini | Police Officer | | SED |

| Sequence No. | Locator No. | D.O. | E.O.D. |
|--------------|-------------|------|--------|
| H935 | 035 | [redacted] | 4 MAY 06 |

Assignment Requested: Southern District

Posted Position? ☐ Yes ☒ No

**Reason For Request** (Attach additional paper if necessary)

I'm in a Hostile work environment and fear that I will be retaliated against again. This is the second request for a transfer.

Member's Signature: SA

**Supervisor's Recommendation:** Approved

Rank, Signature and Position: Sgt E Baucus - Shift Supervisor

Date: 2/18/2013

**Commanding Officer's Recommendation (Assignment of Origin):** Approved

Signature / Date: 2-18-13

**Commanding Officer's Recommendation (Assignment Requested):**

| Reviewed By | Recommendation | Initials | Date |
|-------------|----------------|----------|------|
| Bureau Chief (Assignment Origin) | | | |
| Bureau Chief (Assign. Requested) | | | |
| Chief, Human Resources Bureau | | | |

**Your Transfer Request has been:**
☐ Approved
☐ Disapproved
☐ Other →

Remarks:

2013 FEB 21 AM 7:47
BALTIMORE CITY POLICE

Requesting Member's Commanding Officer Notified by: _____ (Date) _____ Director, Personnel Division _____ (Date)

COPIES: 1-Personnel  2-Assignment Origin  3-Assignment Requested  4-Member

1160-25-32

PLAINTIFF EXHIBIT 2

# Request for Transfer
## Form 70

**Police Department
Baltimore, Maryland**

Please Type or Print Legibly

| | | |
|---|---|---|
| **Name:** Steven Angelini | **Rank/Title:** P/O | **Date:** 9/17/13 |
| **Sequence No.:** H935 | **D.O.B.:** [redacted] | **Current Assignment:** SED |
| **Locator No.:** 035 | | **E.O.D.:** 9 MAY 06 |
| **Assignment Requested:** Southern District Patrol | | **Posted Position?** ☐ Yes ☒ No |

**Reason For Request** (Attach additional paper if necessary)

Being Harassed and becoming even more Hostile. Third Request for transfer.

Member's Signature: [signed]

Supervisor's Recommendation / Rank, Signature and Position / Date

Commanding Officer's Recommendation (Assignment of Origin) / Signature / Date
Commanding Officer's Recommendation (Assignment Requested) / Signature / Date

| Reviewed By | Recommendation | Initials | Date |
|---|---|---|---|
| Bureau Chief (Assignment Origin) | | | |
| Bureau Chief (Assign. Requested) | | | |
| Chief, Human Resources Bureau | | | |

Your Transfer Request has been:
☐ Approved
☐ Disapproved
☐ Other →

Remarks:

Requesting Member's Commanding Officer Notified by: ___ (Date) ___ Director, Personnel Division ___ (Date)

COPIES: 1-Personnel  2-Assignment Origin  3-Assignment Requested  4-Member

PLAINTIFF EXHIBIT 2

#1

# Police Department
# Baltimore, Maryland

**Request for Transfer**
**Form 70**

*Please Type or Print Legibly*

Date: 4/23/13

| Field | Value |
|---|---|
| Name | Steven Angelini |
| Rank/Title | P/O |
| Current Assignment | SED |
| Sequence No. | H935 |
| Locator No. | 035 |
| D.O.B | [redacted] |
| E.O.D. | 4 MAY 06 |
| Assignment Requested | Southern District |
| Posted Position? | ☐ Yes  ☒ No |

**Reason For Request** (Attach additional paper if necessary)

Hostile work environment. This is my 4th time since October submitting a form 70. Per the Major I was told to fill out additional form 70's specifying my choices. My 1st and only choice is Southern District. However, If I have to submit additional Rankings of transfers, My 2nd choice is North East and third ED

Member's Signature: [signed]

| Supervisor's Recommendation | Rank, Signature and Position | Date |
|---|---|---|
|  |  |  |

| Commanding Officer's Recommendation (Assignment of Origin) | Commanding Officer's Recommendation (Assignment Requested) |
|---|---|
| Signature / Date | Signature / Date |

| Reviewed By | Recommendation | Initials | Date |
|---|---|---|---|
| Bureau Chief (Assignment Origin) |  |  |  |
| Bureau Chief (Assign. Requested) |  |  |  |
| Chief, Human Resources Bureau |  |  |  |

**Your Transfer Request has been:**
☐ Approved
☐ Disapproved
☐ Other →

Remarks: _____

2013 JUN 03 AM 8:31
BALTIMORE CITY POLICE

Requesting Member's Commanding Officer Notified by: _____ (Date)  Director, Personnel Division _____ (Date)

COPIES:  1-Personnel    2-Assignment Origin    3-Assignment Requested

**PLAINTIFF EXHIBIT 2**

1160-25-32

#2

**Police Department**
**Baltimore, Maryland**

**Request for Transfer**
**Form 70**

*Please Type or Print Legibly*

Date: 4/23/13

| Name: Steven Angelini | Rank/Title: P/O | Current Assignment: SED |
| Sequence No.: H935 | Locator No.: 035 | D.O.B.: [redacted] | E.O.D.: 4 May 06 |
| Assignment Requested: NorthEast District | | Posted Position? ☐ Yes ☒ No |

**Reason For Request** (Attach additional paper if necessary)

Hostile work enviroment. Please see transfer request #1 for further details. My First choice is Southern District, second NorthEast District, and third is Eastern District

Member's Signature: [signed]

| Supervisor's Recommendation | Rank, Signature and Position | Date |
| --- | --- | --- |
| | | |

| Commanding Officer's Recommendation (Assignment of Origin) | Commanding Officer's Recommendation (Assignment Requested) |
| --- | --- |
| Signature / Date | Signature / Date |

| Reviewed By | Recommendation | Initials | Date |
| --- | --- | --- | --- |
| Bureau Chief (Assignment Origin) | | | |
| Bureau Chief (Assign. Requested) | | | |
| Chief, Human Resources Bureau | | | |

**Your Transfer Request has been:**

☐ Approved
☐ Disapproved
☐ Other

Remarks:

Requesting Member's Commanding Officer Notified by: (Date) | Director, Personnel Division (Date)

COPIES:   1-Personnel   2-Assignment Origin   3-Assignment Requested   4-Member

1160-25-32

**PLAINTIFF EXHIBIT 2**

56

**Request for Transfer**
Form 70

**Police Department**
Baltimore, Maryland

Please Type or Print Legibly

| Name: Steven Angelini | Rank/Title: P/O | Date: 6/26/13 |
| Sequence No: H935 | Locator No: 034 | D.O.B: ▮ | Current Assignment: SED |
| Assignment Requested: Southern District | | 4 May 06 |

Reason For Request (Attach additional paper if necessary):

I feel that I'm still being retaliated against and my work environment is hostile and being mistreated

Supervisor's Recommendation

Member's Signature: [signed]

Rank, Signature and Position

Commanding Officer's Recommendation (Assignment of Origin)

Commanding Officer's Recommendation (Assignment Requested)

---

Signature / Date

Signature / Date

| Reviewed By | Recommendation | Initials | Date |
|---|---|---|---|
| Bureau Chief (Assignment Origin) | | | |
| Bureau Chief (Assign. Requested) | | | |
| Chief, Human Resources Bureau | | | |

Your Transfer Request has been:
☐ Approved
☐ Disapproved
☐ Other →

Remarks

Requesting Member's Commanding Officer Notified by: _____ (Date) Director, Personnel Division

COPIES: 1-Personnel   2-Assignment Origin   3-Assignment Requested   4-Member

PLAINTIFF EXHIBIT 2

Torn and reassembled document fragments photographed on a dark surface.

Upper fragment (upside down) — Baltimore Police Department "Request for Transfer" Form 70:

Request for Transfer
Form 70
Police Department
Baltimore, Maryland

Please Type or Print Legibly

| Name | Sequence No. | I.D./Unit No. | DOB | Rank/Title |
|---|---|---|---|---|
| Steven Angelini | 4935 | 034 | [redacted] | P/O |

Assignment Requested: Southern District

Reason For Request (Attach additional paper if necessary):
Retaliation and being mistreated.
I need to be transferred ASAP.
[illegible] entire [illegible]. I'm being [illegible].
ason. Second Request.

Supervisor's Recommendation

Commanding Officer's Recommendation (Assignment of Origin)

Signature / Date
Reviewed By

Bureau Chief (Assignment Origin)
Bureau Chief (Assign. Requested)
Chief, Human Resources Bureau

Your Transfer Request has been:
☐ Approved
☐ Disapproved
☐ Other ←

Remarks

Requesting Member's Commanding Officer Notified by: (Date)
Director, Personnel Division (Date)

COPIES: 1-Personnel  2-Assignment Origin  3-Assignment Requested  4-Member

1140-25-12

Lower fragment — handwritten note on lined paper:

P/O Angelini Refuse
to change to
He wanted to
forward to
As is
Lt Williams

PLAINTIFF EXHIBIT 2

RIPPEDWJNOTE

# Police Department
# Baltimore, Maryland

**Request for Transfer — Form 70**

*Please Type or Print Legibly*

| Field | Value |
|---|---|
| Date | 7/4/13 |
| Name | Steven Angelin |
| Rank/Title | P/O |
| Current Assignment | SED |
| Sequence No. | H935 |
| Locator No. | 034 |
| D.O.B. | [redacted] |
| E.O.D. | 4 MAY 06 |
| Assignment Requested | Southern District |
| Posted Position? | No |

**Reason For Request** (Attach additional paper if necessary)

Retaliation and being mistreated in the South East district. I need to be transferred ASAP due to my Hostile work environment. I'm being harassed for some unknown reason. Second Request for Transfer.

Member's Signature: [signed]

Supervisor's Recommendation — Rank, Signature and Position — Date

Commanding Officer's Recommendation (Assignment of Origin) — Signature / Date

Commanding Officer's Recommendation (Assignment Requested) — Signature / Date

| Reviewed By | Recommendation | Initials | Date |
|---|---|---|---|
| Bureau Chief (Assignment Origin) | | | |
| Bureau Chief (Assign. Requested) | | | |
| Chief, Human Resources Bureau | | | |

Your Transfer Request has been:
- [ ] Approved
- [ ] Disapproved
- [ ] Other →

Remarks:

Requesting Member's Commanding Officer Notified by: (Date) | Director, Personnel Division (Date)

COPIES: 1-Personnel  2-Assignment Origin  3-Assignment Requested  4-Member

60

**PLAINTIFF EXHIBIT 2**

# Request for Transfer
## Form 70

**Police Department**
**Baltimore, Maryland**

Please Type or Print Legibly

| Name: Steven Angelini | Rank/Title: P/O | D.O.[redacted] | Date: 7/4/13 |
|---|---|---|---|
| Sequence No. H935 | Locator No. 034 | | Current Assignment: SFP |
| | | | E.O.D. 4 May 06 |
| | | | Posted Position? ☐ Yes ☒ No |

**Assignment Requested:** North East District

**Reason For Request** (Attach additional paper if necessary)

Second choice

Member's Signature: SA [signature]

Rank, Signature and Position / Date

Supervisor's Recommendation

Commanding Officer's Recommendation (Assignment of Origin)

Commanding Officer's Recommendation (Assignment Requested)

Signature / Date

Reviewed By / Recommendation / Initials / Date

- Bureau Chief (Assignment Origin)
- Bureau Chief (Assign. Requested)
- Chief, Human Resources Bureau

**Your Transfer Request has been:**
☐ Approved
☐ Disapproved
☐ Other ⟶

Requesting Member's Commanding Officer / Notified by / (Date) / Director, Personnel Division / (Date)

1160-25-02

COPIES: 1-Personnel  2-Assignment Origin  3-Assignment Requested  4-Member

**PLAINTIFF EXHIBIT 2**

63

Police Department
Baltimore, Maryland

**Request for Transfer**
**Form 70**

*Please Type or Print Legibly*

Date: 7/28/13

Name: P/O Steven Angelini
Rank/Title: P/O
Current Assignment: SBD

Sequence No.: H935
Locator No.: 034
D.O.B.: [redacted]
E.O.D.: 4 MAY 06

Assignment Requested: NorthEast District "Second choice"
Posted Position? ☐ Yes ☒ No

Reason For Request (Attach additional paper if necessary):
I would like to change districts because I need a change.

Member's Signature: [signature]

| Supervisor's Recommendation | Rank, Signature and Position | Date |
|---|---|---|
|  |  |  |

| Commanding Officer's Recommendation (Assignment of Origin) | Commanding Officer's Recommendation (Assignment Requested) |
|---|---|
| Signature / Date | Signature / Date |

| Reviewed By | Recommendation | Initials | Date |
|---|---|---|---|
| Bureau Chief (Assignment Origin) |  |  |  |
| Bureau Chief (Assign. Requested) |  |  |  |
| Chief, Human Resources Bureau |  |  |  |

Your Transfer Request has been:
☐ Approved
☐ Disapproved
☐ Other ———→

Remarks:

Requesting Member's Commanding Officer Notified by: _____ (Date) | Director, Personnel Division _____ (Date)

COPIES: 1-Personnel   2-Assignment Origin   3-Assignment Requested   4-Member

**PLAINTIFF EXHIBIT 2**

1160-25-32

70

# Police Department
# Baltimore, Maryland

**Request for Transfer**
**Form 70**

*Please Type or Print Legibly*

| Field | Value |
|---|---|
| Name | P/O Steven Angelini |
| Rank/Title | P/O |
| Date | 7/28/13 |
| Current Assignment | SED |
| Sequence No. | H935 |
| Locator No. | 034 |
| D.O.B. | [redacted] |
| E.O.D. | 4 MAY 06 |
| Assignment Requested | North East District "Second choice" |
| Posted Position? | No |

**Reason For Request** (Attach additional paper if necessary)

I would like to change districts because I need a change.

Member's Signature: [signature]

| Supervisor's Recommendation | Rank, Signature and Position | Date |
|---|---|---|
| Approved [signature] | SD [signature] | 7-28-13 |
| APPROVED | [signature] SHIFT Commander | 7/28/13 |

**Commanding Officer's Recommendation (Assignment of Origin)**
Approved [signature] W/C at
Brian Hance F087 8/4/13

**Commanding Officer's Recommendation (Assignment Requested)**
Disapproved
Captain [signature] 8/13/

| Reviewed By | Recommendation | Initials | Date |
|---|---|---|---|
| Bureau Chief (Assignment Origin) | Approved | SD | 8-22 |
| Bureau Chief (Assign. Requested) | | | |
| Chief, Human Resources Bureau | | | |

**Your Transfer Request has been:**
☐ Approved
☐ Disapproved
☐ Other →

Remarks:

EXHIBIT
Angelini 47
9/13/18

Requesting Member's Commanding Officer Notified by: ___ (Date) ___
Director, Personnel Division: [signature] NVR (Date) 8/28/13

COPIES: 1-Personnel  2-Assignment Origin  3-Assignment Requested  4-Member

**PLAINTIFF EXHIBIT 2**

Cell Phone # 443 540-8858

## Police Department
## Baltimore, Maryland

**Request for Transfer**
Form 13/70

*Please Type or Print Legibly*

Date: 12 Dec 13

Name: Steven Angelini
Rank / Title: Police Officer
Current Assignment: NED

Sequence Number: H935
Locator Number: 095
D.O.B: [redacted]
E.O.D.: 4 MAY 06

Assignment Requested: Internal Affairs Division Ethics
Posted Position? ☒ Yes  ☐ No

Reason for Request (Attach additional sheets if necessary): I want to be part of IAD because I dispise police corruption. In my 8yrs as police officer I have received training and hands on experience that would make me a great investigator.

Member's Signature: SA

| Supervisor's Recommendation | Rank, Signature, and Position | Date |
|---|---|---|
| Approved | Sargent [signature] | 12/16/13 |
| Approved w/ Replacement | Captain Theri [signature] | 12/16/13 |

Commanding Officer's Recommendation (Assignment of Origin):
Approved w/ replacement
Major Richard Wey 12/16/13

Commanding Officer's Recommendation (Assignment Requested): [blank]

| Reviewed By | Recommendation | Initials | Date |
|---|---|---|---|
| Division Chief (Assignment of Origin) | | | |
| Bureau Deputy Comm. (Assignment of Origin) | | | |
| Division Chief (Assignment Requested) | | | |
| Bureau Deputy Comm. (Assignment Requested) | | | |
| Director, Human Resources | | | |

Your Transfer Request has been:
☐ Approved
☐ Disapproved
☐ Other →

Remarks: _____

Requesting Member's Commanding Officer Notified by: ____ Date: ____
Commanding Officer, Human Resources Section: ____ Date: ____

**PLAINTIFF EXHIBIT 2**
1160-25-32

COPIES: 1 - Human Resources   2 - Assignment of Origin   3 - Assignment Requested   4 - Member