# General Order Q-1



| Subject | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY POLICY** | | |
| Distribution | Effective Date | Page |
| "A" | 9 February 2009 | 1 of 9 |

*By Order of the Police Commissioner*

## POLICY

It is the policy of the Baltimore Police Department to afford equal employment opportunity to qualified individuals regardless of their race, color, religion, national origin, sex, age, disability, sexual orientation or marital status, and to conform to applicable laws and regulations. This policy shall ensure that equal opportunity encompasses all aspects of employment practices to include, but not be limited to: recruiting, hiring, training, compensation, benefits, promotion, transfers, layoffs, recall from layoffs, and Department-sponsored educational, social and recreational programs.

It is the policy of the Baltimore Police Department to provide each member a viable means for communicating and resolving grievances and complaints regarding unlawful discriminatory employment practices.[1]

## GUIDELINES

Complete information on all Equal Employment Opportunity laws is provided on the United States Equal Employment Opportunity Commission's official website, **www.eeoc.gov**.

## DEFINITIONS

***EEO*** - The term used to refer to all matters relating to equal employment opportunity.
***Title VII*** - Title VII of the Civil Rights Act of 1964, as amended, prohibits discrimination in the employer-employee relationship on the basis of race, color, religion, national origin, sex, age and disability. The Civil Rights Act of 1964 {s. 200e-2, Employer Practices} states that it shall be an unlawful employment practice for an employer:
- To fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, national origin, sex, age, disability; or,
- To limit, segregate, or classify employees or applicants for employment in any way that would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect their status as an employee, because of such individual's race, color, religion, national origin, sex, age, or disability.

***Article 43B, Annotated Code of Maryland*** - Article 43B is that section of the Annotated Code of Maryland that establishes the Commission on Human Relations and defines prohibited discriminatory practices in the State of Maryland.
***Article IV, Section 3-2, Baltimore City Code*** - Article IV is that section of the Baltimore City Code that affirms Baltimore City's commitment to the principles of the Federal Civil Rights Act. Article IV states in part: Except where a particular occupation or position requires, as an essential qualification, the employment of a person or persons of a particular race, color, religion, national origin, ancestry, sex, age, marital status, physical or mental capability, sexual orientation, gender identity or expression, and that qualification is not adopted as a means of circumventing the purpose of this article, it is an unlawful employment practice:

---

[1] CALEA 31.2.3



PLAINTIFF EXHIBIT 4

BPD.04445

- For any employer to discriminate against an individual with respect to hire, tenure, promotion, terms, conditions or privileges of employment, or any matter directly or indirectly related to employment;
- For any employer, employment agency, or labor organization to practice discrimination by denying or limiting through a quota system or otherwise, employment or membership opportunities to any group or individual;
- For any employer, employment agency, or labor organization, before employing an individual or admitting an individual to membership, to:
    - Make any inquiry about or record of an applicant's race, color, religion, national origin, ancestry, marital status, sexual orientation, gender identity or expression, except as authorized or ordered by the Commission;
    - Use any form of application for employment or membership that contains questions or entries about race, color, religion, national origin, ancestry, marital status, sexual orientation, gender identity or expression, except as authorized or ordered by the Commission; or
    - Cause to be printed, published or circulated any notice or advertisement relating to employment or membership that indicates any preference, limitation, specification, or discrimination based on race, color, religion, national origin, ancestry, sex, age, marital status, sexual orientation, gender identity or expression.

**GENERAL INFORMATION**

The Commanding Officer, Equal Employment Opportunity Compliance (EEOC) Section, is the Baltimore Police Department's designated Equal Employment Opportunity Officer.

Command personnel and supervisors are responsible for ensuring adherence to the Department's EEO Policy, and all related departmental directives, orders and guidelines.

The following avenues exist by which employees may seek to have discrimination complaints resolved:

- Chain of Command.
- EEOC Office.
- Grievance procedure (negotiated through the collective bargaining process).
- Outside agencies.

Members who feel they have been subjected to any form of discrimination may utilize the departmental discrimination complaint process, as outlined in this Order.

**EQUAL EMPLOYMENT OPPORTUNITY PROGRAM**

The objectives of the Baltimore Police Department's Equal Employment Opportunity Program are to:

- Achieve full utilization of minorities and females.
- Provide equal opportunities for employment to all qualified applicants regardless of their race, color, religion, national origin, sex, age, disability, sexual orientation, marital status or gender identity or expression.
- Provide equal opportunity to all employees with respect to hiring, promotion, transfer, terms, conditions and/or privileges for self-development and advancement to all qualified employees or any matter directly or indirectly related to employment.
- Make employment related decisions concerning assignment selection on the basis of individual ability and qualification, subject to job requirements, and to establish departmental policies.
- Carry out the Department's obligations relative to local, state and Federal fair employment practices requirements.

PLAINTIFF EXHIBIT 4

BPD.04446

- Provide all employees with a complaint process specifically formulated for communicating and resolving discrimination complaints.

## INAPPROPRIATE CONDUCT / DISCRIMINATORY HARASSMENT

Inappropriate conduct/discriminatory harassment is any physical, verbal, or visual conduct based on, or because of, race, color, religion, national origin, sex, age, disability, sexual orientation, or marital status when such conduct reasonably would be considered inappropriate for the work environment. The conduct need not be pervasive or repeated to be a violation, and need not be unwelcome to the party against whom it was directed. Inappropriate conduct/discriminatory harassment are prohibited. Inappropriate conduct/discriminatory harassment has the purpose or effect of unreasonably interfering with an individual's work performance and/or creating an intimidating, hostile, offensive, or abusive work environment.

Examples of inappropriate conduct/discriminatory harassment include:

- Possessing, posting, sending, soliciting, or displaying sexually suggestive, racist, "hate-site" or other similar internet sites, obscene letters, notes, invitations, cartoons, and posters. Such conduct may not be communicated in electronic mails, internet, intranet, telephone lines, computers, facsimile machines, voice mails, radio, mobile terminals, text, and any other communications system/equipment.
- Verbal conduct includes:
    - "Cat calls" such as words, whistling, and comments or lewd and derogatory noises or graphic comments about another's body.
    - Participating in explicit discussions about sexual experiences and/or desires.
    - Degrading and/or homophobic words, names, epithets, slurs, and jokes.
- Physical conduct includes touching, pinching, massaging, hugging, kissing, rubbing or brushing the body, making sexual gestures, and impeding or blocking an individual's passage or normal movements.
- Visual conduct includes staring, leering, displaying or circulating sexually suggestive objects, pictures, posters, photographs, cartoons, calendars, drawings, magazines, computer images or graphics.
- Sexual advances such as propositions and repeated and unwanted requests for a date.
- Withholding assistance, giving demeaning, unattainable, or unnecessary job assignments, or ignoring the presence of a co-worker.

**NOTE:** This list is not exhaustive. Any conduct which is retaliatory or inappropriate for the work environment based on, or because of, race, color, religion, national origin, sex, age, disability, sexual orientation, gender identity, gender expression or marital status, is a violation of this policy.

## RETALIATION

Retaliation is an adverse reaction or behavior against another for reporting an incident, filing a complaint that violates this policy or the law or participating or cooperating with an investigation or corrective action. Retaliation, in any form, is prohibited. Retaliation includes withholding work-related information, giving punitive work assignments, or denial of contractual rights and obligations.

Members, especially those in supervisory positions, shall take immediate corrective action to prevent retaliation, and to impose the appropriate discipline to any member who engages in retaliation.

**NOTE:** *Any person who files a complaint or charge, participates in an investigation or charge, or identifies an employment practice that is prohibited by any of the policies and regulations described herein is protected from retaliation.*

**PLAINTIFF EXHIBIT 4**
BPD.04447

**GUIDELINES**

**Sexual Harassment**[2]

Sexual harassment is a form of sex discrimination. It is any unwelcome, offensive sexual behavior, either physical or verbal, which embarrasses, humiliates or intimidates co-workers or subordinates.

Requests for sexual favors, display of sexually explicit photographs, jokes, or other verbal or physical conduct of a sexual nature constitute sexual harassment when:

- Submission to such conduct is made, either explicitly or implicitly, a term or condition of an individual's employment;
- Submission to, or rejection of, such conduct by an individual is used as the basis for employment decisions affecting the individual, such as assignments, overtime and transfers; or
- Such conduct has the purpose, or effect, of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.

Two key elements considered in determining whether particular conduct is sexual harassment are:

- Whether the recipient found the conduct objectionable or offensive; and,
- Whether it was known, or should have been known, that the recipient would find the conduct objectionable or offensive.

**Race / Color / Sex Discrimination**

Title VII of the Civil Rights Act of 1964 protects individuals against employment discrimination on the basis of race, color, religion, sex or national origin. The Annotated Code of Maryland and the Baltimore City Code provide further protection against discrimination on the basis of age, disability, marital status and sexual orientation.

It is unlawful to discriminate against any employee or applicant for employment because of his/her race, color or sex in regard to hiring, termination, promotion, compensation, job training, or any other term, condition, or privilege of employment.

Federal, state and local statutes prohibit employment decisions based on stereotypes and assumptions about abilities, traits, or the performance of individuals of certain racial groups or of a particular sex. These statutes prohibit both intentional and neutral job policies that disproportionately exclude minorities or women and that are not job related. Federal, state and local statutes also prohibit discrimination on the basis of a condition which predominately affects one race or one sex, unless the practice is job related and consistent with a legitimate business necessity.

Discrimination is any illegal or impermissible action or practice, based upon a person's immutable characteristics, which singles out that individual (or singles out persons sharing that characteristic generally) for treatment that differs from other persons not sharing those characteristics.

Equal employment opportunity cannot be denied because of marriage to, or association with, an individual of a different race; membership in, or association with, ethnic-based organizations/groups; or attendance or participation in schools or places of worship generally associated with certain groups.

Harassment on the basis of race, color and/or sex violates Federal, state and local statutes and this policy. Ethnic slurs, racial jokes, offensive or derogatory comments, or other verbal or physical conduct based on an individual's race, color and / or sex constitutes unlawful harassment if the

---

[2] CALEA 26.1.3

**PLAINTIFF EXHIBIT 4**
BPD.04448

conduct has either the purpose or effect of creating an intimidating, hostile, or offensive working environment, or interferes with the individual's work performance.

Harassment on the basis of race, color and/or sex violates Federal, state and local statutes and this policy. Ethnic slurs, racial jokes, offensive or derogatory comments, or other verbal or physical conduct based on an individual's race, color and/or sex constitutes unlawful harassment if the conduct has either the purpose or effect of creating an intimidating, hostile, or offensive working environment, or interferes with the individual's work performance.

### National Origin Discrimination

Federal, state and local statutes protect individuals against employment discrimination on the basis of national origin. It is unlawful to discriminate against any employee or applicant because of the individual's national origin. No one can be denied equal employment opportunity because of birthplace, ancestry, culture, or linguistic characteristic common to a specific ethnic group. Equal employment opportunity cannot be denied because of marriage or association with persons of a national origin group; membership or association with specific ethnic promotion groups; attendance or participation in schools, churches, temples or mosques generally associated with a national origin group; or a surname associated with a national origin group.

An employer must show a legitimate, non-discriminatory reason for the denial of employment opportunity because of an individual's accent or manner of speaking. Investigations will focus on whether his/her accent or manner of speaking had a detrimental effect on job performance.

### Sexual Orientation Discrimination

Article IV of the Baltimore City Code prohibits discrimination on the basis of sexual orientation. This law protects gays, lesbians, bisexuals, transgender persons, and heterosexuals against discrimination in employment, education, health and welfare service, and public accommodations. The Equal Employment Opportunity policy of the Department reflects the commitment to equal protection and equal opportunity for all persons regardless of actual or presumed sexual orientation.

It is unlawful and a violation of this policy to discriminate against any person on the basis of sexual orientation in regard to hiring, termination, promotion, assignment, compensation, job training, or any other term, condition, or privilege of employment. Likewise, Article IV and this policy prohibit any employment-related decision based on stereotypes and assumptions about abilities, traits, characteristics, or the actions of individuals who are or presumed to be of a certain sexual orientation.

### Age Discrimination

The Age Discrimination in Employment Act of 1967 (ADEA); Article 43B, Annotated Code of Maryland; and Article IV, Baltimore City Code protects individuals who are 40 years of age or older from employment discrimination based on age. The ADEA's protections apply to both employees and job applicants. Under the ADEA, it is unlawful to discriminate against a person because of his/her age with respect to any term, condition, or privilege of employment, including, but not limited to, hiring, firing, promotion, compensation, benefits, job assignments, and training.

The ADEA applies to employers with 20 or more employees, including Federal, state and local governments. It also applies to employment agencies and to labor organizations.

### Religious Discrimination

Federal, state and local statutes prohibit employers from discriminating against individuals because of their religion in hiring, firing, and other terms and conditions of employment. These statutes also

PLAINTIFF EXHIBIT 4
BPD.04449

require employers to reasonably accommodate the religious practices of an employee or prospective employee, unless to do so would create an undue hardship upon the employer.

Employers cannot schedule examinations or other selection activities in conflict with a current or prospective employee's religious needs, inquire about an applicant's future availability at certain times, maintain a restrictive dress code, or refuse to allow observance of a Sabbath or religious holiday, unless the employer can prove that doing so would cause an undue hardship.

**Americans With Disabilities Act**

Title I of the Americans with Disabilities Act of 1990, and state and local statutes, prohibit private employers, state and local governments, employment agencies and labor unions from discriminating against qualified individuals with disabilities in job application procedures, hiring, firing, advancement, compensation, job training, and other terms, conditions, and privileges of employment. An individual with a disability is a person who:

- Has a physical or mental impairment that substantially limits one or more major life activities;
- Has a record of such an impairment; or
- Is regarded as having such impairment.

A qualified individual with a disability is an individual who, with or without reasonable accommodation, can perform the essential functions of the job in question. Reasonable accommodation may include, but is not limited to:

- Making existing facilities used by employees readily accessible to and usable by persons with disabilities;
- Job restructuring, modifying work schedules, reassignment to a vacant position;
- Acquiring or modifying equipment or devices; adjusting or modifying examinations, training, materials, or policies; and providing qualified readers or interpreters.

An employer is required to make an accommodation to the known disability of a qualified applicant or employee if it would not impose an "undue hardship" on the operation of the employer's business. Undue hardship is defined as an action requiring significant difficulty or expense when considered in light of factors such as an employer's size, financial resources and the nature and structure of its operation.

An employer is not required to lower quality or production standards to make an accommodation, nor is an employer obligated to provide personal use items such as glasses or hearing aids.

Employers may not ask job applicants about the existence, nature or severity of a disability. Applicants may be asked about their ability to perform specific job functions. A job offer may be conditioned on the results of a medical examination or inquiry, but only if the examination or inquiry is required for all entering employees in the job. Medical examinations or inquiries of employees must be job related and consistent with the employer's business needs.

**Pregnancy Discrimination**

The Pregnancy Discrimination Act is an amendment to Title VII of the Civil Rights Act of 1964. Federal, state and local statutes provide that discrimination on the basis of pregnancy, childbirth or related medical conditions constitutes unlawful sex discrimination.

Women affected by pregnancy or related conditions must be treated in the same manner as other applicants or employees with similar abilities or limitations.

An employer cannot refuse to hire a woman because of her pregnancy related condition as long as she is able to perform the major functions of the job. An employer cannot refuse to hire her because of its prejudices against pregnant workers or the prejudices of co-workers, clients or customers.

**PLAINTIFF EXHIBIT 4**
BPD.04450

An employer may not single out pregnancy related conditions for special procedures to determine an employee's ability to work. However, an employer may use any procedure used to screen other employees' ability to work. If an employee is temporarily unable to perform her job due to pregnancy, the employer must treat her the same as any other temporarily disabled employee.

Pregnant employees must be permitted to work as long as they are able to perform their jobs. If an employee has been absent from work as a result of a pregnancy related condition and recovers, her employer may not require her to remain on leave until the baby's birth. An employer may not have a rule that prohibits an employee from returning to work for a predetermined length of time after childbirth.

Employers must hold open a job for pregnancy related absences the same length of time jobs are held open for employees on sick or disability leave.

**Equal Pay Act**

The Equal Pay Act of 1963, which amends the Fair Labor Standards Act of 1938, was enacted for the purpose of correcting "wage differentials based on sex." The Act requires equal pay for both sexes for jobs requiring substantially equal skill, effort, and responsibility, and for jobs that have similar working conditions.

**REQUIRED ACTION**

**Member**

1. All members of the Department are responsible for reporting discrimination of any kind regardless of whether that member is a victim.

2. Do not engage or participate in any inappropriate conduct or discriminatory harassment behavior.

3. To file a complaint with the EEOC Section:

    3.1. Complete an Administrative Report, Form 95, and submit it, via official channels, to the Commanding Officer, EEOC Section, or submit the report *directly* to the Commanding Officer, EEOC Section; or,

    3.2. Obtain a Baltimore Police Department Discrimination Complaint, Form 201, from the administrative supervisors, and *directly* submit the form to the Commanding Officer, EEOC Section. Attach supportive documentation, if any, to the form.

4. Alternatively, or in addition to the aforementioned procedures, a complaint may be filed with an outside agency. Respond to any of the below listed agencies and complete the necessary form:

Equal Employment Opportunity Commission
10 South Howard Street, 3rd Floor Baltimore,
MD 21201
410-962-3932
(File complaints within 300 days from date of last occurrence.)

Maryland Commission on Human Relations
6 St. Paul Street, Suite 900
Baltimore, Maryland 21202
410-767-8600
(File complaints within 180 days from date of last occurrence.)

PLAINTIFF EXHIBIT 4
BPD.04451

Community Relations Commission
10 North Calvert Street, Suite 915
Baltimore, Maryland 21202
410-396-3141
(File complaints within 180 days from date of last occurrence.)

**NOTE:** If a complaint is filed with both the Department and an outside agency, the EEOC Section will conduct an investigation in addition to any investigation conducted by the outside agency. A written finding concerning the outcome of cases investigated by the EEOC Section will be forwarded to the member submitting the complaint. Any member who feels aggrieved, is dissatisfied, or feels they are adversely affected by the Department's decision in any case of discrimination may file the complaint with any of the outside agencies indicated in this Order (within the time frames specified for each).

**Supervisors and Command Personnel**

5. Within 24 hours of becoming aware of violations of this Order:

    5.1. Conduct a preliminary investigation. Ensure to take corrective action to immediately resolve or cease the discrimination, inappropriate conduct or discriminatory harassment.
    5.2. Record the incident on an Administrative Report, Form 95. Ensure to have any evidence processed and/or submitted to the Evidence Control Unit.
    5.3. Submit the Administrative Report to the Commanding Officer, EEOC Section, via official channels. However, the official channel may be bypassed if the perpetrator/accused member is a part of the complainant/victim's chain of command, in which case, *directly* submit the report to the Commanding Officer, EEOC Section.

6. Implement and enforce established policy regarding equal employment opportunity.

7. Render assistance in the identification of problem areas and solutions.

8. Promote and encourage discussions with appropriate supervisors and employees to ensure equal employment policies are being followed.

9. Review the qualifications of all employees to ensure that minorities and females are given equal opportunity regarding transfer and promotion.

10. Ensure compliance with reporting requirements in all instances of discrimination of any kind.

**Commanding Officer, Equal Employment Opportunity Compliance Section**

11. Thoroughly and immediately investigate all complaints and reports of violations of this Order.

12. After conducting a preliminary review of the case, determine if the EEOC Section will investigate the case, conferring with the Internal Investigations Division, as required.

13. Upon determining that the EEOC Section will conduct an investigation, assign a case number to the file and proceed with a thorough and expeditious investigation.

14. A written finding concerning the outcome of cases investigated by the EEOC Section shall be forwarded to the member submitting the complaint. Where an investigation will not be conducted, a written notice declining to investigate will be furnished to the member submitting the complaint.

PLAINTIFF EXHIBIT 4
BPD.04452

15. In those cases where a complaint is filed with an outside agency, the EEOC Section will be immediately notified by the member or Command receiving the external complaint. The EEOC Section will then:

    15.1. Assign a case number to the external complaint.
    15.2. Contact the complainant(s) within 24 hours of receipt of the complaint and schedule a date and time for an interview within three (3) days of receipt of the complaint, or as immediate as can be conducted in light of the facts and circumstances.
    15.3. Within five (5) days of receipt of the complaint, the EEOC Section investigator shall notify the accused and, if applicable, serve the accused with his/her Law Enforcement Officers' Bill of Rights.
    15.4. Within fifteen (15) days of receipt of the complaint, or as immediately thereafter as can be conducted in light of the facts and circumstances the accused will be interviewed.
    15.5. Notify the accused member's Commanding Officer to obtain any and all additional information necessary to investigate the allegations contained in the complaint.
    15.6. Within thirty (30) days, complete the case and forward to the Commanding Officer, EEOC Section, for review.

**NOTE:** The Commanding Officer, EEOC Section, shall draft the Department's official responses and position statements to outside agencies.

16. Ensure to maintain all complaint-related information in confidence to the extent possible given the Department's obligation to conduct a full and effective investigation.

17. Quarterly, submit a detailed report to the Police Commissioner including but not limited to:

    17.1. Number of new complaints.
    17.2. Status of open cases.
    17.3. Number of closed complaints.
    17.4. Noteworthy complaints or incidents.

**NOTE:** *Any person who files a complaint or charge, participates in an investigation or charge, or identifies an employment practice that is prohibited by any of the above policies and regulations is protected from retaliation.*

**RECISION**

Remove from files and destroy/recycle General Order Q-1, "Equal Employment Opportunity Policy", dated 16 June 2008.

**COMMUNICATION OF POLICY**

Supervisors shall be responsible for communication of this Order to their subordinates and to ensure compliance. This Order is effective on the date listed herein, and is to be read at all roll calls for five consecutive days after publication and posted on Departmental Bulletin Boards.

**PLAINTIFF EXHIBIT 4**

BPD.04453

Police Department
Baltimore, Maryland

# General Order 5-87      Q-7

11 March 1987

**Subject:** *Transfers*

## POLICY

It is the policy of the Baltimore Police Department to honor requests for intra-departmental transfer as may be requested by its members.

## RESPONSIBILITIES

*Member of the Agency*

1. Transfer request from one district/division to another district.

   A. Complete a Request for Transfer Form 70.

   B. Send the form to your commanding Officer, via official channels.

2. Transfer request to the Criminal Investigation Division, Special Operations Division, Community Services Division, Education and Training Division, Fiscal Division, Personnel Division, Internal Investigation Division, Communications Division, Central Records Division, Property Division, Laboratory Division, Staff Inspections Section, Planning and Research Division, and Public Affairs Division.

   A. Complete a Request for Transfer Form 70 for vacancy which has been posted, before the posted deadline.

   B. Send the form directly to the Commanding Officer of the posted vacancy and a copy to your Commanding Officer, not later than ten days from the date of initial posting.

3. Upon transfer from one assignment to another immediately contact the unit to which assigned to determine duty assignment and the to report.

4. Keep all equipment previously issued by the department, except when otherwise directed.

*Immediate Supervisor*

5. Approve/disapprove each district to district transfer request and send same to the Shift Commander/ Lieutenant.

*Shift Commander/ Lieutenant*

6. Approve/disapprove each district to district transfer request and send same to the Deputy District Commander or the Commanding Officer.



PLAINTIFF EXHIBIT 4
EXHIBIT 2 Jackson
BPD.04454

**PLAINTIFF EXHIBIT 4**

General Order 5-87

| | | |
|---|---|---|
| *Deputy District Commander* | 7. | Approve/disapprove each district to district transfer request, when appropriate, and send same to the District Commander. |
| **Commanding Officer** *of the Assignment from which transfer is requested* | 8. | Promptly approve/disapprove each transfer request from one district/division to another district, with written recommendations, and send same to the Commanding Officer of the district to which transfer is requested, via official channels. |
| | 9. | Personally notify the affected member of any transfer. |
| | 10. | Give a copy of the Personnel Order for transfer to the member. |
| | 11. | Send to the member's new assignment all their personnel records, including a statement of the number of days leave of absence which have been granted, and any other pertinent information concerning the member. |
| **District Commander** *of the Assignment to which transfer is requested* | 12. | Promptly approve/disapprove each district/division to another district transfer request, with written recommendation, and send same to the Director, Personnel Division, via official channels. |
| *Commanding Officers from Item 2* | 13. | Notify your Deputy Commissioner about the number of vacancies in your assignment, when you want to fill a vacancy. |
| | 14. | When your Deputy Commissioner advised, prepare a teletype giving notice of intent to fill a vacant position within your assignment by a permanent transfer, and send it to the Director, Communications Division. |
| | 15. | Review all transfer requests submitted for the posted position(s) and promptly select a candidate for transfer to your assignment. Every member who is eligible for consideration will be interviewed by the appropriate command. Assignments for units in Item 2 will continue to rest with command. |
| | 16. | Send requests to fill a vacant position(s) to the Director, Personnel Division via official channels and, when appropriate, the Deputy Commissioner from which transfer is requested. |
| | | Retain all other correspondence pertaining to the vacant position. |
| | 17. | When you request to have someone transferred to your assignment via official channels, indicate it is for a posted position. |

PLAINTIFF EXHIBIT 4
BPD.04455

General Order 5-87

| | | |
|---|---|---|
| *All Commanding Officers* | 18. | Post on the bulletin board for five consecutive days, all notices issued by a commanding officer about a vacancy which will be permanently filled at the assignments listed in item 2. Also, ensure members are advised at roll call that the vacancy is posted on the bulletin board for five consecutive days. Remove the notice from the bulletin board at the end of the tenth day. |
| | 19. | When an officer/agent is transferred involuntarily from one district to another or from any command, give the officer/agent a reason for the transfer. Grievances arising from involuntary transfers are grievable up to the division level. |
| *Director Personnel Division* | 20. | Provide an effective date at least seven days from the date of publication for Personnel Orders of transfer giving members advance notification of their transfer, unless otherwise agreed to. |
| | 21. | Ensure immediate delivery of prepared Personnel Orders of transfer to the Deputy Commissioner, Human Resources/Services Bureau. |
| | 22. | Upon receipt of signed Personnel Orders of transfer from Deputy Commissioner, Human Resources/ Services Bureau ensure the original Order is sent to the Planning and Research Division. |
| | 23. | Send a copy of issued Personnel Orders of transfer to the Chief of appropriate division, the transferee's Commanding Officer and when appropriate, the transferee's Deputy Commissioner. |
| | 24. | Notify the Commanding Officers by telephone upon approval of the Personnel Order when advance notice is not given. |
| | 25. | Have copies of the Personnel Order delivered to the designated personnel via departmental mail. |
| *Director Communications Division* | 26. | Place teletype requests for vacancy/transfer notice on teletype when made by a Commanding Officer. Indicate that members are to be notified of the posting of a vacancy at roll call for five consecutive days. |
| *All Deputy Commissioners* | 27. | When notified by a Commanding Officer from item 2 assigned to your bureau, about a vacancy to be filled, determine the number of vacancies to be filled, then if appropriate, advise the requesting Commanding Officer to prepare a teletype giving notice of intent to fill a vacant position by a permanent position. |
| *Deputy Commissioner Human Resources/ Services Bureau* | 28. | Upon receipt of prepared Personnel Orders of transfer, sign or rescind the Order and send same to the Director, Personnel Division. |
| *Additional Information* | 29. | Deviation from the notification times stipulated herein are only authorized with the approval of the appropriate Deputy Commissioner or Division Chief. |

PLAINTIFF EXHIBIT 4
BPD.04456

General Order 5-87

30. Requests shall not be held at any level more than five working days.

31. Initialing of a transfer request by a command official indicates an official's concurrence with the transfer and the written recommendation of the requesting member's Commanding Officer.

32. The Baltimore Police Department will honor requests for intra-departmental transfer provided such members meet established requirements, a position vacancy exists and such transfer serves the interest of the public, the department and the member.

33. Specific qualifications are required by specialized units, the most common being satisfactory performance and acceptable disciplinary and medical leave records. Other requirements may include scores attained on written tests, recommendations of interview boards, specific expertise, excellent physical condition, as reflected by the member's sick leave record, etc.

34. When a commanding officer permanently fills a vacancy, all transfer requests for that vacancy are expired. Publication of the Personnel Order approving transfer will serve as notification to all applicants.

35. District to district transfer requests expire one year from the date of the request. The request may be renewed annually. The request may be withdrawn at any time.

36. Seniority, meaning length of service in rank, shall be considered in requests for transfer.

37. Assignment of members to the divisions/section in item 2 will rest with the Commanding Officer of the assignment.

38. Grievances arising from the requirement in item 19, may be filed up to the division level until 30 June 1988.

## COMMUNICATION OF COMMUNICATIONS

Commanding officers and supervisors shall communicate the contents of this directive to their subordinates and ensure compliance. This directive is effective on the date of publication.

RECISION -- Remove from manuals/files and destroy/recycle:

General Order 4-77, "Transfers," dated 18 January 1977.

Commissioner

PLAINTIFF EXHIBIT 4
BPD.04457

General Order 5-87

## ANNEX

A.   Request for Transfer Form

## DISTRIBUTION

"A"
Plus All Civilian Employees
Plus All Departmental Bulletin Boards

I certify that I have read and fully understand this Order.

_____
Signature

PLAINTIFF EXHIBIT 4
BPD.04458

Police Department
Baltimore, Maryland

## AMENDMENT
### General Order 5-87 (Q-7)
*Transfers*

Approved: 24 November 1993

*Member of the Agency*  Make the following changes to General Order 5-87 (Q-7).

1. At the end of Item 2, **cross out** "~~Inspectional Services Division~~ and ~~Public Information Division~~" and **write** *"Staff Inspections Section, Public Affairs Division and Management Information Systems Division."*

2. At the end of Item 15, **add** the following: *"Every member who is eligible for consideration will be interviewed by the appropriate command. Assignments for units in Item 2 will continue to rest with command."*

3. At the end of Item 19, **add** the following: *"Grievances arising from involuntary transfers are grievable up to the division level."*

*Commanding Officers and Supervisors*
4. Communicate the contents of this directive to your subordinates and ensure compliance.

Melvin C. McQuay
Acting Commissioner

## DISTRIBUTION

"A"
Plus All Civilian Members
Plus All Departmental Bulletin Boards

PLAINTIFF EXHIBIT 4
BPD.04459

# REQUEST FOR TRANSFER FORM

POLICE DEPARTMENT  
BALTIMORE, MARYLAND

REQUEST FOR TRANSFER  
FORM 70

TO BE COMPLETED IN TRIPLICATE  
TYPE OR PRINT

| Rank/Name/Position | Assignment | | Date |
|---|---|---|---|
| Sequence # | Locator # | D.O.B. | E.O.D. |

ASSIGNMENT REQUESTED

REASON FOR REQUEST (STATE IN YOUR OWN WORDS AND SIGN - TYPE OR PRINT)

| Supervisor's Review and Recommendation | RANK/SIGNATURE/POSITION | Date |
|---|---|---|
| | | |

COMMANDING OFFICER'S RECOMMENDATION (Assignment of Origin)

Signature _____ Date _____

COMMANDING OFFICER'S RECOMMENDATION (Assignment Requested)    Check if for a Posted Position ☐

Signature _____ Date _____

| Reviewed By: | Recommendation | INITIALS | Date |
|---|---|---|---|
| Deputy Chief (Assignment Origin) | | | |
| Chief (Assignment Origin) | | | |
| Deputy Commissioner (Assignment Origin) | | | |
| Deputy Chief (Assignment Requested) | | | |
| Chief (Assignment Requested) | | | |
| Deputy Commissioner (Assignment Requested) | | | |
| Deputy Commissioner (Administration) | | | |

The following action has been taken on your request for transfer:  
☐ Approved.  ☐ Disapproved.  ☐ Other (Explain)

| REQUESTING MEMBER'S COMMANDING OFFICER | DIRECTOR, PERSONNEL DIVISION | (DATE) |
|---|---|---|
| NOTIFIED BY (DATE): (only for transfer) | | |

Copies: (1) Personnel   (2) Member   (3) Member's Assignment

PLAINTIFF EXHIBIT 4  
BPD.04460