Hand-drawn map (rotated/oriented sideways). Labels visible:

- Smith 1, Smith 2, Smith 3
- Criminal Affairs (with arrows, "on meeting", "sergeanton")
- Police Entrance
- Exit
- NSU
- Pro Crossing
- Stff comm.
- "4 Bricks" (written on Exhibit sticker)

PENGAD 800-631-6989 — EXHIBIT 4 Bricks