Date: January 17, 2013

To: Major William Davis

From: Lieutenant John Windle

Subject: Suspension of Officer Steve Angelini H935

Pursuant to direction from Captain Burrus, I suspended Officer Angelini from duty for insubordinate behavior. Said incident was documented in Blue Team by Sergeant Ettice Brickus. As a result of the suspension, the following equipment was returned by Officer Angelini and stored in the district:

BPD badge #611
BPD identification card
Mace #022309E
Radio, mic, and battery, Property # A04812
Baton #068144 with case
Glock model 22 pistol, S/N HZT510
Three Glock magazines with 42 rounds

Respectfully,

Lieutenant John Windle

EXHIBIT 5 Brickus

PLAINTIFF EXHIBIT 7