

PLAINTIFF EXHIBIT 8



PLAINTIFF EXHIBIT 8



PLAINTIFF EXHIBIT 8



**PLAINTIFF EXHIBIT 8**



PLAINTIFF EXHIBIT 8



PLAINTIFF EXHIBIT 8



PLAINTIFF EXHIBIT 8



PLAINTIFF EXHIBIT 8