# AFFIDAVIT

STATE OF MARYLAND: PRINCE GEORGE'S COUNTY

PERSONALLY came and appeared before me, the undersigned Notary, the within named Michael T. McQuade, who is a resident of Prince George's County, State of Maryland and makes this his statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his knowledge:

I was employed with the Baltimore City Police Department, (BCPD) from December 2010 to April 2013. In April 2013, I left the BCPD to start work for the Hyattsville Police Department. Near my last day with the BCPD, I went to breakfast with several co-workers. The people who were present were Sgt. Euttice Brickus, Sgt. Ferguson, and Officer Richburg. During our conversation Sgt. Brickus bad mouthed Officer Angelini throughout the meal lasting approximately 40 minutes. In particular I recall Sgt. Brickus stating that she hated Officer Angelini and was trying to get him to make a false statement to entrap him in attempts in having Officer Angelini fired.

One time, prior to April 2013, I recall Officer Angelini calling on the radio that he had a flat tire in his patrol vehicle and requested assistance from any other officer in the area. Sgt. Brickus responded over the recorded channel "that's what you get." This was shocking because radios are recorded and this was said on an open channel, which is a direct violation of general orders.

DATED this the 17 day of August, 2018

_____
Michael T. McQuade - Affiant

SWORN to subscribed before me, this 17 day August, 20 18

_____
NOTARY PUBLIC

My Commission Expires:
March 01, 2022

**PLAINTIFF EXHIBIT 9**