Case 1:17-cv-02354-ELH Document 79 Filed 01/17/20 Page 1 of 1

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 JAN 17 PM 5:46

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STEVEN ANGELINI | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:17-CV-2354-ELH |
| BALTIMORE POLICE DEPARTMENT, et al. | * | |
| Defendants | * | |

* * * * * * * * * * * * *

~~PROPOS~~ED ORDER  ELH

Upon review of Defendant's Motion to Seal Exhibits (ECF 67) and Defendant's Appendix of Exhibits (ECF 66-1), and any opposition thereto, it is this 17th day of Jan., 2020, hereby:

**ORDERED**, that Defendant Baltimore Police Department ("BPD") file redacted versions of ECF 66-4:Exhibit 1 - Plaintiff's EEOC Charge of Discrimination; ECF 66-6:Exhibit 3 - Plaintiff's Personnel Kardex; and, ECF 66-11:Exhibit 8 - October 3, 2012 Request for Transfer. ELH

**ORDERED**, that the Clerk shall unseal ~~Defendant Baltimore Police Department ("BPD"), file unsealed~~ Exhibits ECF 66-5, ECF 66-7 to ECF 66-10, ECF 66-12 to ECF 66-25, ECF 66-28, ECF 66-32 to ECF 66-35. ELH

**ORDERED**, that Exhibits ECF 66-26, ECF 66-27, ECF 66-29, ECF 66-30, ECF 66-31 shall ~~should~~ remain sealed. ELH

_Ellen L. Hollander_
Judge Ellen Hollander